UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL WELCH,

    VS                                                        CASE NO.  4:09cv302-RH/WCS

JULIE JONES,

## JUDGMENT

It is declared that the disclosure of personal information from drivers license records by the State of Florida Department of Highway Safety and Motor Vehicles to ShadowSoft, Inc., in accordance with the 2009 memorandum of understanding between them does not violate the Drivers Privacy Protection Act. All further claims in this action are dismissed with prejudice.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

 March 3, 2011                      s/Pam Lourcey
DATE                                  Deputy Clerk: Pam Lourcey